**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| Jonathan Rosenthal | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:24-cv-01406-MEMF-BFM |
| v. | |
| JHPDE Finance I, LLC et al | **ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |
| DEFENDANT(S). | |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 2/1/2024 | 1 | Complaint |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

☐ The document is stricken
☐ The hearing date has been rescheduled to _____ at _____.
☑ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
☐ Other:

Dated: 2/26/2024     By: _[signature]_

U.S. District Judge / U.S. Magistrate Judge

G-112B (08/22)    ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT