FILED
CLERK, U.S. DISTRICT COURT

OCT 2 1 2024

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Jonathan Rosenthal                     )
                                       )
        Plaintiff,                     )
                                       )
v.                                     )  Case No. 2:24-cv-1406
                                       )
JHPDE Finance I, LLC et all.           )
                                       )
        Defendant,                     )
                                       )

**SERVICE OF SUMMONS NOTICE**

I am filing this notice to inform the Court of an issue encountered with serving the required documents in the above-referenced case.

Initially, I was unable to locate the correct address for the registered agent for the Defendant. I have served their principal address multiple times. However, I have not been contacted by anyone nor have I received the USPS return receipt confirming service was completed. This issue has delayed my ability to confirm successful service as required.

After additional research, I have now identified the correct address for the registered agent. The documents are being re-sent via USPS registered mail to this updated address. I will provide the Court with confirmation once the return receipt is received, and service has been certified.

Thank you for your understanding and consideration in this matter. I will continue to keep the Court updated as necessary.

Sincerely,

Jonathan Rosenthal



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT

E PAID

, NC 28075

8-22