UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
DEC 1 3 2024
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Jonathan Rosenthal )
 )
 Plaintiff, )
 )
v. ) Case No. 2:24-cv-1406
 )
JHPDE FINANCE I, LLC et all. )
 )
 Defendant, )
 )

**ENTRY OF DEFAULT**

COMES NOW, Plaintiff Jonathan Rosenthal, to inform the court that JHPDE FINANCE I, LLC has failed to plead, answer or defend the allegations against them in the time allowed. JHPDE FINANCE I, LLC's Registered Agent according to the Delaware Secretary of State website. Was served on October 22, 2024. As of today December 3rd, 2024, There has been no response. Plaintiff respectfully requests the clerk to enter default against JHPDE FINANCE I, LLC in this case.

Respectfully submitted,

Jonathan Rosenthal

*JRosenthal*



USPS TRACKING #
9590 9402 9036 4122 3711 98

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Donovan Peoples
1249 Piney Church Rd.
Concord, NC 28025

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CSC Lawyers Incorporating service - J. Rosenthal
251 Little Falls Dr.
Wilmington, DE, 19808



9590 9402 9036 4122 3711 98

2. Article Number (Transfer from service label)

9589 0710 5270 1763 4750 57

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Ryan MacArthur_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



