UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 2:24-cv-01406-MEMF-BFM | Date: March 24, 2025 |
| Title *Jonathan Rosenthal v. JHPDE Finance I, LLC et al* | |

Present: The Honorable: Maame Ewusi-Mensah Frimpong

| Damon Berry | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings: Order Dismissing Action for Failure to Diligently Prosecute and Failure to Comply with Court Order [JS-6]**

On February 25, 2025, the Court issued an Order to Show Cause as to why the action should not be dismissed for failure to diligently prosecute. ECF No. 16 ("OSC"). The Court ordered Rosenthal to respond, within 14 days, with either a written response, Defendant's Answer, or Plaintiff's request for default. *See id.* As of the date of this Order, Rosenthal did not response to the OSC.

The Court hereby ORDERS that the action be dismissed, and Rosenthal's claims are DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and failure to obey an order of this Court. The Clerk of Court is directed to close the case file.

| | : |
|---|---|
| **Initials of Preparer** | DBE |